ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 17  PM 4: 35

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

ROGER GLEN ROWLAND,            )
                               )
        Petitioner,            )
                               )
v.                             )     CV 105-095
                               )
UNITED STATES OF AMERICA,      )
                               )
        Respondent.            )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Government's motion to dismiss is **GRANTED**, the case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 17 day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE